UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LAMONT GARNER KARRIEM,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF LOS ANGELES COUNTY, et al.,<br><br>　　　　　Defendants. | Case No. **2:20-cv-05909-GW (JDE)**<br>Case No. 2:20-cv-07734-GW (JDE)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file in <u>Lamont Garner Karriem</u>, Case No. 2:20-cv-05909-GW-JDE and <u>Lamont Garner Karriem</u>, Case No. 2:20-cv-07734-GW-JDE, including the operative complaints in each action, the Order re Related Actions issued by the assigned United States Magistrate Judge in each action, the combined Report and Recommendation issued by the magistrate judge ("Report"), and Plaintiff's Objection to the Report filed in each action ("Objections").

　　　The Court has engaged in a <u>de novo</u> review of those portions of the Report to which objections have been made. The Court accepts the findings and recommendation of the magistrate judge.

/ / /

Therefore, IT IS HEREBY ORDERED that:

1. The First Amended Complaint in Case No. 2:20-cv-05909-GW-JDE is dismissed without leave to amend;
2. The Complaint in Case No. 2:20-cv-07734-GW-JDE is dismissed without leave to amend; and
3. Judgment shall be entered dismissing Case No. 2:20-cv-05909-GW-JDE and Case No. 2:20-cv-07734-GW-JDE with prejudice as to all federal law claims and without prejudice as to remaining state law claims.

Dated: June 17, 2021

_____
GEORGE H. WU
United States District Judge