JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LAMONT GARNER KARRIEM, | Case No. **2:20-cv-05909-GW (JDE)** |
| Plaintiff, | Case No. 2:20-cv-07734-GW (JDE) |
| v. | JUDGMENT |
| COUNTY OF LOS ANGELES COUNTY, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS HEREBY ADJUDGED that these actions are dismissed with prejudice as to all federal claims asserted and without prejudice as to all state claims asserted.

Dated: June 17, 2021

_____
GEORGE H. WU
United States District Judge